WARDEN APARTMENT HOUSE, *Appellant*, vs. THE CITY OF PUNTA GORDA, *Appellee*.

En Banc.

Decision filed May 8, 1931.

PER CURIAM.—The order of the court below sustaining demurrer to appellant's bill of complaint with leave to amend, here appealed from, is affirmed on the authority of Summerland Incorporated v. City of Punta Gorda, a case involving substantially the same questions, decided by this court during the present term.

Affirmed.

BUFORD, C.J., AND WHITFIELD, TERRELL, BROWN AND DAVIS, J.J., concur.

ELLIS, J., dissents.